UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN S. MILLER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN,<br><br>　　　　　　Respondent. | Case No. 25-cv-02070-TLT<br><br>**ORDER OF DISMISSAL** |

Petitioner filed a petition for writ of habeas corpus from the Humboldt County Correctional Facility regarding his jail-based competency restoration program. Dkt. No. 1. That same day, the Clerk of the Court informed petitioner that this action was deficient because petitioner's *in forma pauperis* application was incomplete because it was missing a Certificate of Funds and a copy of his Prisoner Trust Account Statement. Dkt. Nos. 2, 3. The Court informed petitioner that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and petitioner has not submitted the required documents nor communicated with the Court in any manner. In addition, mail addressed to petitioner sent to the jail on April 11, 2025 was returned as undeliverable and marked "Deceased" on May 2, 2025. *See* Dkt. Nos. 7, 8. Petitioner's apparent unfortunate passing makes his habeas petition moot.

//

//

//

The Court therefore DISMISSES this action. The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: May 6, 2025

TRINA L. THOMPSON
United States District Judge